NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHERYL HIGGINS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5025

---

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00922-EJD, Judge Edward J. Damich.

---

**ON MOTION**

---

**O R D E R**

Cheryl Higgins moves without opposition for a 60-day extension of time to file her principal brief and in forma pauperis motion.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                    HIGGINS v. US

The motion is granted. Cheryl Higgins' principal brief and in forma pauperis motion are due on or before May 27, 2014.

                                      FOR THE COURT

                                      /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court


s27